[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 1227.]

SAMMARCO ET AL., APPELLANTS, *v*. ANTHEM INSURANCE COMPANIES, INC. ET AL., APPELLEES.

[Cite as *Sammarco v. Anthem Ins. Cos., Inc.*, 1999-Ohio-63.]

*Appeal dismissed as improvidently allowed.*

(No. 98-2718–Submitted November 2, 1999–Decided December 8, 1999.)

APPEAL from the Court of Appeals for Hamilton County, No. C-971074.

————————————

*Waite, Schneider, Bayless & Chesley Co., L.P.A., Stanley M. Chesley* and *Janet G. Abaray*, for appellants.

*Thompson, Hine & Flory, L.L.P., Earl Jay Maiman* and *Robert P. Johnson*, for appellees.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

F.E. SWEENEY, J., dissents and would reverse.

————————————